```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


IN RE:                              )   CASE NO: 08-40768-399
                                    )
MICHAEL DAVID CHAPMAN               )
                                    )   CHAPTER 13
ANN MARIE CHAPMAN                   )
                                    )
                  DEBTOR(S)         )


                LIST OF UNCLAIMED FUNDS AND ENTITIES
                   WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
SPIRIT OF AMERICA NATL BANK
PO BOX 856132                       $            6.76
C/O LANE BRYANT/FIRST EXPRESS
LOUISVILLE KY
286735              40285-6132


                                    /s/ John V. LaBarge, Jr.
                                    -----------------------------------
DATE: June 30, 2011                 JOHN V. LABARGE, JR.,
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 430908
                                    St. Louis, MO 63143
    XC -091                         (314) 781-8100   trust33@ch13stl.com
```